IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16–26–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| BRANDON ALLEN OLEAN, | |
| Defendant. | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and
Recommendation in this matter on August 31, 2016. Neither party objected and
therefore they are not entitled to *de novo* review of the record. 28 U.S.C. §
636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).
This Court will review the Findings and Recommendation for clear error.
*McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313
(9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm
conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d
422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Brian Wayne Rogers' guilty
plea after Rogers appeared before him pursuant to Federal Rule of Criminal
Procedure 11, and entered a plea of guilty to one count of possession with the

1

intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1), as set forth in Count III of the Indictment.  In exchange for Defendant's plea, the United States has agreed to dismiss Count I of the Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 65), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Brandon Allen Olean's motion to change plea (Doc. 43) is GRANTED and Brandon Allen Olean is adjudged guilty as charged in Count III of the Indictment.

DATED this 15th day of September, 2016.

Dana L. Christensen, Chief District Judge
United States District Court